UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CEDRIC BISHOP, *on behalf of himself and all others* :
*similarly situated*, :
:
                Plaintiff, :    20-cv-8949 (LJL)
:
   -v- :    <u>ORDER</u>
:
NUTREX HAWAII, INC., :
:
                Defendant. :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2020

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in this case. (Dkt. No. 12.) Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: December 21, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge